**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0029-20

MEDFORD COMMONS, LLC,

    Plaintiff,

v.

LEXON INSURANCE COMPANY
AND BOND SAFEGUARD
INSURANCE COMPANY, Jointly
and Severally,

    Defendants,

and

TOWNSHIP OF MEDFORD,

    Intervenor-Plaintiff,

v.

LEXON INSURANCE COMPANY
AND BOND SAFEGUARD
INSURANCE COMPANY, Jointly
and Severally,

       Defendants/Third-Party Plaintiffs
       Respondents/Cross-Appellants,

v.

FREEDMAN COHEN
DEVELOPMENT, LLC, CARL
FREEDMAN, Individually, and
MITCHELL COHEN, Individually,

      Third-Party Defendants and
      Fourth-Party Defendants,

and

MEDFORD VILLAGE EAST
ASSOCIATES, LLC,

      Third-Party Defendant/
      Fourth-Party Plaintiff-
      Appellant/Cross-Respondent,

and

STEPHEN D. SAMOST,

      Fourth-Party Plaintiff,

v.

MEDFORD COMMONS, LLC,
TOWNSHIP OF MEDFORD,
CHRISTOPHER CONLON, Individually,
PETER RIPKA, Individually, TODD
COOPER, Individually, and PENNONI
ASSOCIATES, INC.,

      Fourth-Party Defendants.

_____

Submitted December 15, 2021 – Decided January 3, 2022

Before Judges Whipple, Geiger and Susswein.

On appeal from the Superior Court of New Jersey, Law Division, Burlington County, Docket No. L-0222-08.

Hyland Levin Shapiro, LLP, attorneys for appellant/cross-respondent Medford Village East Associates, LLC (Peter J. Boyer, on the briefs).

Brown & Connery, LLP, attorneys for respondent/cross-appellant Lexon and Bond Safeguard Insurance Companies (William M. Tambussi, Paul Mainardi and Joseph T. Carney, on the briefs).

PER CURIAM

We have been advised prior to argument this matter has been amicably adjusted, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

3

A-0029-20